IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TEKEVA D. SHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-02355-JPM-atc ) ) |
| TRUGREEN, et al., | ) ) |
| Defendants. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Annie T. Christoff, filed on November 19, 2024 (ECF No. 10), with respect to Plaintiff Tekeva D. Shaw's ("Plaintiff's" or "Shaw's") pro se Complaint (ECF No. 1). Plaintiff asserted claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII") against Defendants TruGreen, Andrew Jones, Joseph Troncone, Rose Camamo, Jason Mitchum, Ernestina Kilcrease, Jennifer Castillo, and Jamie Giddens. (See id.)

Magistrate Judge Christoff recommends the Court dismiss Plaintiff's claims against individually named Defendants under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief may be granted. (ECF No. 10 at PageID 27.) However, Magistrate Judge Christoff has found Plaintiff's claims against Defendant TruGreen have satisfied the screening threshold under 28 U.S.C. § 1915(e)(2)(B)(ii). (Id.)

Because no party has filed an objection within fourteen days of Magistrate Judge Christoff's Report and Recommendation, the Court **ADOPTS** Magistrate Judge Christoff's recommendation. It is thus **ORDERED** Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to Defendants Andrew Jones, Joseph Troncone, Rose Camamo, Jason Mitchum, Ernestina Kilcrease, Jennifer Castillo, and Jamie Giddens. (See id. at PageID 31.)

**SO ORDERED**, this 5th day of December, 2024.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE